December 11, 1975.

M. P. No. 75-127. BRISTOL COUNTY WATER COMPANY *v.* PUBLIC UTILITIES COMMISSION. Motion of respondent to correct the record by adding thereto the order of the Public Utilities Commission dated February 3, 1975 is granted without prejudice to the right of petitioner to raise objection thereto at the hearing on the merits. Doris, J. not participating. *Coffey, McGovern & Novogroski, John G. Coffey, Jr.,* for petitioner. *Julius C. Michaelson,* Attorney General, *R. Daniel Prentiss,* Special Asst. Attorney General, for respondent.

M. P. No. 75-310. WILLIAM H. KELLEY *v.* JAMES W. MULLEN, *Warden.* Respondent is directed to file his answer to the petition for writ of habeas corpus for the purpose of bail and therein to *show cause,* if any he has, why petitioner should not be admitted to bail, said answer to be made in compliance with provisions of Rule 14. Doris, J. not participating. *Bevilacqua & Cicilline, John F. Cicilline, Rosenberg & Baker, David Rosenberg,* Cambridge, Mass., for petitioner. *Julius C. Michaelson,* Attorney General, for respondent.

M. P. No. 75-316. LARRY BROOKS *v.* JAMES W. MULLEN, *Warden.* Respondent is directed to file his answer to the petition for writ of habeas corpus for the purpose of bail and therein to *show cause,* if any he has, why petitioner should not be admitted to bail, said answer to be made in compliance with the provisions of Rule 14. Doris, J. not participating. *Robert B. Mann,* for petitioner. *Julius C. Michaelson,* Attorney General, for respondent.

C. A. No. 75-265. STATE *v.* NORMAN A. BOISVERT. Motion of the State to dismiss the defendant's appeal is granted. Doris, J. not participating. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *Anthony J. Bucci,* for defendant.